■ ABBAS ISPAHANI, Appellant, v MARTHA ISPAHANI, Respondent. [749 NYS2d 195] —Appeal from a judgment of Supreme Court, Onondaga County (Wells, J.), entered November 21, 2001, which, inter alia, granted custody of the parties' minor child to defendant.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Onondaga County, Wells, J. Present—Pigott, Jr., P.J., Hayes, Kehoe, Burns and Lawton, JJ.